[No. 9625–1–II.  Division Three.  May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
MICHAEL K. SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 85–8–00116–1, Joel Penoyar, J. Pro Tem.,

entered February 10, 1986. *Reversed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.